Doc#: 67304 Bk:31139 Pg: 25

When Recorded Mail To:
Financial Dimensions, Inc.
1400 Lebanon Church Road
Pittsburgh, PA 15236

Prepared By:
Sam Strandmo
Indecomm Global Services
2925 Country Drive
St. Paul, MN 55117

## Assignment of Mortgage

Dated: October 28, 2013

MIN:
MERS Phone:

For value received Mortgage Electronic Registration Systems, Inc., as nominee for Ally Bank, its successors and assigns, P.O. Box 2026, Flint, MI 48501-2026, the undersigned hereby grants, assigns and transfers to **Ocwen Loan Servicing, LLC** all beneficial interest under a certain Mortgage dated **July 26, 2012** executed by **THOMAS A. PETERSON** and recorded in Book **29816** on Page(s) **90** as Document Number **42482** on **August 7, 2012** in the office of the Register of Deeds of Cumberland County, Maine.

Mortgage Electronic Registration Systems, Inc., as nominee for Ally Bank, its successors and assigns

By: _____
Va Thao,
Assistant Secretary

STATE OF **Minnesota**  )
COUNTY  **Ramsey**       ) SS

On **October 28, 2013** before me, **Bao Cindy Fang**, Notary Public in and for said State personally appeared **Va Thao**, Assistant Secretary of **Mortgage Electronic Registration Systems, Inc.**, personally known to me to be the person whose name is subscribed to the within instrument and acknowledged to me that s/he executed the same in his/her authorized capacity, and that by his/her signature on the instrument the entity upon behalf of which the person acted, executed the instrument. WITNESS my hand and official seal.

_____
Bao Cindy Fang, Notary Public
My Commission expires: January 31, 2017

BAO CINDY FANG
Notary Public-Minnesota
My Commission Expires Jan 31, 2017

Received
Recorded Register of Deeds
Nov 04, 2013 09:53:34A
Cumberland County
Pamela E. Lovley



EXHIBIT D