## Quitclaim Assignment

WHEREAS, Ally Bank, is identified as the "Lender" on a certain mortgage executed by Thomas A. Peterson, and bearing the date of July 26, 2012, securing the property located at 49 Johnson Road, Windham, in the County of Cumberland and State of Maine and recorded in the Cumberland County Registry of Deeds in Book 29816, Page 90 (hereinafter the "Mortgage");

WHEREAS, Lender wishes to convey and assign any and all rights it may have under the Mortgage to Select Portfolio Servicing, Inc. ("Assignee"); and

WHEREAS, this Quitclaim Assignment is not intended to and does not modify or assign any of the rights, title or interests that MERS has or had in the Mortgage.

Accordingly, Lender hereby assigns and quit claims to Assignee all of its rights, title and interests (whatever they may be, if any) in the Mortgage to Assignee.

Ally Bank

_/s/ Lechel Adkins_
LeChel Adkins, Assistant Secretary

STATE OF North Carolina
COUNTY OF Mecklenburg

Subscribed before me, on July 9, 2018, by Lechel Adkins as Assistant Secretary. He/she is personally known to me or proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument.

_/s/ Shirley J. Bevel_
Notary Public
My Commission expires: March 14, 2023

SHIRLEY J BEVEL
NOTARY PUBLIC
Mecklenburg County
North Carolina
My Commission Expires March 14, 2023

EXHIBIT F