Recording Requested By:
RICHMOND MONROE GROUP

When recorded return to : RMG As
Richmond Monroe Group
82 Jim Linegar LN
Branson West, MO. 65737
SPS #

## QUIT CLAIM ASSIGNMENT OF MORTGAGE

Cumberland, Maine   REFERENCE #:   "PETERSON"
INVESTOR #: ___
Assignment Prepared on: November 28th, 2018.

WHEREAS, ALLY BANK is identified as the "Lender" on a certain mortgage executed by THOMAS A. PETERSON, HIS HEIRS AND ASSIGNS FOREVER and being Dated: 07/26/2012 Recorded: 08/07/2012 in Book/Reel/Liber: 29816 Page/Folio: 90 as Instrument No.: 42482 (hereinafter the "Mortgage");

Property Address: 49 JOHNSON ROAD, WINDHAM, ME 04062

WHEREAS, ALLY BANK wishes to convey and assign and quitclaim any and all rights it may have under the Mortgage to SELECT PORTFOLIO SERVICING, INC ; and

WHEREAS, Mortgage Electronic Registration Systems, Inc. ("MERS") is designated the mortgagee in the Mortgage as the nominee of ALLY BANK , its successors and assigns and, upon recording of the Mortgage, became the mortgagee of record;

WHEREAS, this Quitclaim Assignment is not intended to and does not modify or assign any of the rights, title or interests that MERS had in the Mortgage.

Accordingly, ALLY BANK hereby conveys, assigns and quit claims to SELECT PORTFOLIO SERVICING, INC all of its rights, title and interests (whatever they may be, if any) in the Mortgage to SELECT PORTFOLIO SERVICING, INC.

IN WITNESS WHEREOF, the officer duly authorized, has signed, sealed and delivered the foregoing instrument.

ALLY BANK FKA GMAC BANK
On _11-28-2018_
By: _[signature]_
_Rachel Adkins, Asst. Secretary_

STATE OF North Carolina
COUNTY OF Mecklenburg

On November 28, 2018 before me, Shirley J Bevel, a Notary Public in and for Mecklenburg in the State of North Carolina, personally appeared Rachel Adkins, Assistant Secretary, ALLY BANK FKA GMAC BANK, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity, and that by his/her/their signature on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal,
_Shirley J Bevel_
Notary Expires: 03/14/2023

SHIRLEY J BEVEL
NOTARY PUBLIC
Mecklenburg County
North Carolina
My Commission Expires March 14, 2023

(This area for notarial seal)

BILL KOCH

EXHIBIT G