**Recording Requested By:**
Select Portfolio Servicing, Inc.

When recorded return to :
Richmond Monroe Group
82 Jim Linegar LN
Branson West, MO. 65737
SPS # _SAR_
TS Ref #: (

## CORPORATE ASSIGNMENT OF MORTGAGE

ME/CUMBERLAND

Assignment Prepared on: December 26, 2018

**Assignor:** SELECT PORTFOLIO SERVICING, INC., at C/O SELECT PORTFOLIO SERVICING, INC., 3217 S. DECKER LAKE DRIVE, SALT LAKE CITY, UT, 84119

**Assignee:** FEDERAL HOME LOAN MORTGAGE CORPORATION, at C/O SELECT PORTFOLIO SERVICING, INC., 3217 S. DECKER LAKE DRIVE, SALT LAKE CITY, UT, 84119

For value received, the Assignor does hereby grant, sell, assign, transfer and convey, unto the above-named Assignee all interest under that certain Mortgage Dated: 7/26/2012, in the amount of $230,000.00, executed by THOMAS A. PETERSON, HIS HEIRS AND ASSIGNS FOREVER to MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS") AS NOMINEE FOR ALLY BANK, ITS SUCCESSORS AND ASSIGNS and Recorded: 8/7/2012, Instrument #: 42482, Book: 29816, Page: 90 in CUMBERLAND County, State of MAINE.

Property Address: 49 JOHNSON ROAD, WINDHAM, ME, 04062

TO HAVE AND TO HOLD, the same unto Assignee, its successors and assigns, forever, subject only to the terms and conditions of the above-described Mortgage.

SELECT PORTFOLIO SERVICING, INC.

On: JAN 1 1 2019
By: _(signature)_
Name: Shontae Pierce
Title: Document Control Officer

State of UTAH
County of SALT LAKE

On JAN 1 1 2019, before me, Sasha Torres, a Notary Public in and for SALT LAKE in the State of UTAH, personally appeared Shontae Pierce, Document Control Officer, SELECT PORTFOLIO SERVICING, INC., personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity, and that by his/her/their signature on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal,

_Sasha Torres_
Notary Expires: OCT 14 2020   /#: 691622

SASHA TORRES
Notary Public State of Utah
My Commission Expires on:
October 14, 2020
Comm. Number: 691622

ME/CUMBERLAND

EXHIBIT H